### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

TINA LUAS : CASE NO. 19-10943 JKF

### ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Debtor's Motion to Continue the Automatic Stay of Execution, any response thereto and any hearing on the matter it is

HEREBY ORDERED AND DECREED that the Automatic Stay pursuant to 11 USC section 362(c)3(B) be and it is hereby continued beyond expiration of the 30 day period specified in said code section, and it is hereby further

ORDERED AND DECREED that the Automatic Stay shall continue in effect until further order of Court.

BY THE COURT:

*[signature]*

**Date: March 13, 2019**        JUDGE