United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10943-jkf
Tina M. Lucas                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP           Page 1 of 1             Date Rcvd: Mar 14, 2019
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db            Tina M. Lucas,    4 Addison Court,    Doylestown, PA  18901-2743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Tina M. Lucas mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT  WATERMAN ECFmail@fredreiglech13.com,
               ECF_FRPA@Trustee13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             : CHAPTER 13

    TINA LUAS                              : CASE NO. 19-10943 JKF

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Debtor's Motion to Continue the Automatic Stay of Execution, any response thereto and any hearing on the matter it is

HEREBY ORDERED AND DECREED that the Automatic Stay pursuant to 11 USC section 362(c)3(B) be and it is hereby continued beyond expiration of the 30 day period specified in said code section, and it is hereby further

ORDERED AND DECREED that the Automatic Stay shall continue in effect until further order of Court.

BY THE COURT:

_____
JUDGE

**Date: March 13, 2019**