**BRADY & CISSNE LAW**
**BY: KEELY CARR BRADY, ESQUIRE**
Attorney Identification No. 84560
**BY: SAMANTHA D. CISSNE, ESQUIRE**
Attorney Identification No. 312055
222B Pennsylvania Avenue
Oreland, PA 19075
(267) 415-6625

Attorney for Creditor
Doylestown Station Condominium Association

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| IN RE: | : | **CASE NO.: 19-10943-jkf** |
| TINA M. LUCAS | : | |
| | : | **CHAPTER 13** |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT, Doylestown Station Condominium Association, a condominium association organized and existing under the laws of Pennsylvania appears herein by its counsel, Brady & Cissne Law and pursuant to Bankruptcy Rule 2002 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C.A. § 1109(b) demands that all notices given or required to be served in this case be given to and served upon the following:

> Brady & Cissne Law
> Keely Carr Brady, Esq.
> Samantha D. Cissne, Esq.
> 222B Pennsylvania Ave.
> Oreland, PA 19075

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or otherwise: (1) which affect or seek to affect in any way any rights or properties in which Doylestown Station Condominium Association may have an interest, or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Tina M. Lucas.

Dated: March 20, 2019

/s/ Keely Carr Brady
Brady & Cissne Law
222B Pennsylvania Avenue
Oreland, PA 19075
(267) 415-6625
scissne@bradycissnelaw.com
kbrady@bradycissnelaw.com