| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-10943-AMC**

TINA M. LUCAS
4 ADDISON COURT
DOYLESTOWN  PA    18901-2743

Petition Filed Date: 02/15/2019
341 Hearing Date: 04/05/2019
Confirmation Date: 09/25/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/01/2019 | $476.00 | 15545338 | 05/08/2019 | $250.00 | 16487981 | 06/19/2019 | $476.00 | 22251510 |
| 08/28/2019 | $500.00 | 31087637 | 09/03/2019 | $1,646.80 | 6820101209 | 09/11/2019 | $335.00 | 33327270 |
| 10/30/2019 | $350.00 | 38461134 | 11/21/2019 | $350.00 | 42398567 | 12/04/2019 | $350.00 | 44004927 |
| 12/18/2019 | $350.00 | 45946549 | 01/31/2020 | $350.00 | 2384276 | 02/26/2020 | $350.00 | 6153367 |
| 03/11/2020 | $350.00 | 7505024 | 03/25/2020 | $350.00 | 9889380 | 05/21/2020 | $330.00 | 16362383 |
| 06/22/2020 | $350.00 | 18513546 | 06/26/2020 | $350.00 | 21095839 | 07/10/2020 | $350.00 | 22609343 |
| 07/31/2020 | $350.00 | 24432840 | 08/06/2020 | $350.00 | 25910289 | | | |

**Total Receipts for the Period:  $8,563.80    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,563.80**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,344.09 | $0.00 | $1,344.09 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,491.66 | $0.00 | $4,491.66 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $3,158.85 | $0.00 | $3,158.85 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $2,331.61 | $2,331.61 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $146.03 | $0.00 | $146.03 |
| 0 | McCULLOUGH EISENBERG LLC | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 6 | DOYLESTOWN STATION CONDO ASSN C/O BC PROPERTY MANAGEMENT INC<br>»» 006 | Secured Creditors | $11,744.00 | $140.22 | $11,603.78 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»» 007 | Unsecured Creditors | $31,944.47 | $0.00 | $31,944.47 |
| 8 | NEWREZ LLC  D/B/A<br>»» 008 | Mortgage Arrears | $16,498.42 | $196.99 | $16,301.43 |
| 10 | DENNIS EBLE DDS PC<br>»» 009 | Unsecured Creditors | $199.10 | $0.00 | $199.10 |

**Chapter 13 Case No. 19-10943-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,563.80 | Current Monthly Payment: | $654.61 |
| Paid to Claims: | $6,168.82 | Arrearages: | $1,148.13 |
| Paid to Trustee: | $819.98 | Total Plan Base: | $37,860.16 |
| Funds on Hand: | $1,575.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.