| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-10943-AMC**

TINA M. LUCAS
4 ADDISON COURT
DOYLESTOWN  PA    18901-2743

Petition Filed Date: 02/15/2019
341 Hearing Date: 04/05/2019
Confirmation Date: 09/25/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $350.00 | 2384276 | 02/26/2020 | $350.00 | 6153367 | 03/11/2020 | $350.00 | 7505024 |
| 03/25/2020 | $350.00 | 9889380 | 05/21/2020 | $330.00 | 16362383 | 06/22/2020 | $350.00 | 18513546 |
| 06/26/2020 | $350.00 | 21095839 | 07/10/2020 | $350.00 | 22609343 | 07/31/2020 | $350.00 | 24432840 |
| 08/06/2020 | $350.00 | 25910289 | 08/20/2020 | $350.00 | 27733019 | 09/28/2020 | $350.00 | 32125095 |
| 09/28/2020 | $350.00 | 30825448 | 10/13/2020 | $350.00 | 33621724 | 10/27/2020 | $350.00 | 35916528 |
| 11/24/2020 | $350.00 | 38907570 | 12/10/2020 | $350.00 | 40840632 | 02/03/2021 | $350.00 | 3025053 |
| 02/25/2021 | $350.00 | 5267232 | 03/09/2021 | $2,930.40 | 6574589 | 03/29/2021 | $350.00 | 9160575 |
| 05/27/2021 | $1,500.00 | 16037256 | | | | | | |

**Total Receipts for the Period: $11,410.40    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,494.20**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,344.09 | $0.00 | $1,344.09 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,491.66 | $0.00 | $4,491.66 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $3,158.85 | $0.00 | $3,158.85 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $2,331.61 | $2,331.61 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $146.03 | $0.00 | $146.03 |
| 0 | McCULLOUGH EISENBERG LLC | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 6 | DOYLESTOWN STATION CONDO ASSN C/O ASSOCIA MID-ATLANTIC<br>»» 006 | Secured Creditors | $11,744.00 | $3,268.81 | $8,475.19 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»» 007 | Unsecured Creditors | $31,944.47 | $0.00 | $31,944.47 |
| 8 | NEWREZ LLC  D/B/A<br>»» 008 | Mortgage Arrears | $16,498.42 | $4,592.17 | $11,906.25 |
| 10 | DENNIS EBLE DDS PC<br>»» 009 | Unsecured Creditors | $199.10 | $0.00 | $199.10 |

**Chapter 13 Case No. 19-10943-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,494.20 | Current Monthly Payment: | $654.61 |
| Paid to Claims: | $13,692.59 | Arrearages: | ($236.17) |
| Paid to Trustee: | $1,451.61 | Total Plan Base: | $37,860.16 |
| Funds on Hand: | $1,350.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.