| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-10943-AMC

TINA M. LUCAS  
4 ADDISON COURT  
DOYLESTOWN  PA    18901-2743

Petition Filed Date: 02/15/2019  
341 Hearing Date: 04/05/2019  
Confirmation Date: 09/25/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/27/2021 | $1,500.00 | 16037256 | 06/28/2021 | $700.00 | 19315519 | 08/26/2021 | $650.00 | 25720944 |
| 10/28/2021 | $1,500.00 | 32892219 | 11/29/2021 | $350.00 | 35732569 | 04/04/2022 | $2,500.00 | 7752418 |
| 05/25/2022 | $700.00 | 14218418 | 05/25/2022 | $1,500.00 | 14415511 | | | |

**Total Receipts for the Period:  $9,400.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $24,394.20**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,344.09 | $0.00 | $1,344.09 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,491.66 | $0.00 | $4,491.66 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $3,158.85 | $0.00 | $3,158.85 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $2,331.61 | $2,331.61 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $146.03 | $0.00 | $146.03 |
| 0 | McCULLOUGH EISENBERG LLC | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 6 | DOYLESTOWN STATION CONDO ASSN C/O ASSOCIA MID-ATLANTIC<br>»» 006 | Secured Creditors | $11,744.00 | $6,841.20 | $4,902.80 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»» 007 | Unsecured Creditors | $31,944.47 | $0.00 | $31,944.47 |
| 8 | NEWREZ LLC  D/B/A<br>»» 008 | Mortgage Arrears | $16,498.42 | $9,610.78 | $6,887.64 |
| 10 | DENNIS EBLE DDS PC<br>»» 009 | Unsecured Creditors | $199.10 | $0.00 | $199.10 |

Chapter 13 Case No. 19-10943-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,394.20 | Current Monthly Payment: | $654.61 |
| Paid to Claims: | $22,283.59 | Arrearages: | $1,028.37 |
| Paid to Trustee: | $2,110.61 | Total Plan Base: | $37,860.16 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.