*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tina M. Lucas
    Debtor(s)

Case No: 19−10943−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion for Relief from Stay as to 4 Addison Court, Doylestown, PA 18901−2743. Fee Amount $188.00,, in addition to Motion for Relief from Co−Debtor Stay as to 4 Addison Court, Doylestown, PA 18901−2743 Filed by US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Represented by JOSHUA I. GOLDMAN (Counsel).

on: 9/21/22

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  9/8/22

Timothy B. McGrath
Clerk of Court