

651 E. Township Line Rd., #601
Blue Bell, PA 19422
267-415-6625 (p)
267-604-9157 (f)
scissne@bradycissnelaw.com
kbrady@bradycissnelaw.com
www.bradycissnelaw.com

December 5, 2022

**Sent Via E-Mail:**
ECFMail@readingch13.com
ECFmail@fredreiglech13.com
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Ste.100
Reading, PA 19606

| | |
|---|---|
| **Debtor Name:** | Tina M. Lucas |
| **Docket No.:** | 19-10943-jkf |
| **Creditor:** | **Doylestown Station Condominium Association** |

Dear Mr. Waterman:

As you are aware, I have the pleasure of representing the Doylestown Station Condominium Association with respect to the above referenced bankruptcy case. Our Proof of Claim was filed on March 21, 2019 which lists a mailing address for pre-petition payments to be sent to the Association's prior management company. A copy of same is attached for your ease of reference. As such, please rectify this matter so that the checks are sent to the following address moving forward.

Doylestown Station Condominium Association
c/o FirstService Residential
P.O. Box 30398
Tampa, FL 33630-3398

Additionally, please the account number on the memo line of the check for this case: DOADDI-0004-01.

Should you have any questions or concerns, please do not hesitate to reach out to me. Thank you for your attention to this matter.

Respectfully,

*Samantha Cissne*
SAMANTHA D. CISSNE

SDC/gmv
Enclosure

cc:  Doylestown Station Condominium Association