| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-10943-AMC**

TINA M. LUCAS
4 ADDISON COURT
DOYLESTOWN  PA    18901-2743

Petition Filed Date: 02/15/2019
341 Hearing Date: 04/05/2019
Confirmation Date: 09/25/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2022 | $350.00 | 22676032 | 09/19/2022 | $250.00 | 25087853 | 12/05/2022 | $2,392.20 | 32166115 |
| 01/04/2023 | $300.00 | 35351056 | 01/13/2023 | $300.00 | 36436528 | 01/23/2023 | $700.00 | 37460942 |
| 02/21/2023 | $350.00 | 40221384 | 02/23/2023 | $350.00 | 40386864 | 03/09/2023 | $335.00 | 41521597 |
| 03/22/2023 | $350.00 | 43070531 | 06/02/2023 | $670.00 | 995001 | 07/14/2023 | $200.00 | 995002 |
| 07/27/2023 | $350.00 | 54304825 | 07/27/2023 | $300.00 | 54656725 | | | |

**Total Receipts for the Period:  $7,197.20    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $31,891.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | MERRICK BANK<br>»»  001 | Unsecured Creditors | $1,344.09 | $0.00 | $1,344.09 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $4,491.66 | $0.00 | $4,491.66 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»»  003 | Unsecured Creditors | $3,158.85 | $0.00 | $3,158.85 |
| 4 | PA DEPARTMENT OF REVENUE<br>»»  04P | Priority Crediors | $2,331.61 | $2,331.61 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»»  04U | Unsecured Creditors | $146.03 | $0.00 | $146.03 |
| 0 | McCULLOUGH EISENBERG LLC | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 6 | DOYLESTOWN STATION CONDO ASSN C/O FIRST SERVICE RESIDENTIAL<br>»»  006 | Secured Creditors | $11,744.00 | $9,266.61 | $2,477.39 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»»  007 | Unsecured Creditors | $31,944.47 | $0.00 | $31,944.47 |
| 8 | NEWREZ LLC  D/B/A<br>»»  008 | Mortgage Arrears | $16,498.42 | $13,018.09 | $3,480.33 |
| 10 | DENNIS EBLE DDS PC<br>»»  009 | Unsecured Creditors | $199.10 | $0.00 | $199.10 |

Chapter 13 Case No. 19-10943-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,891.40 | Current Monthly Payment: | $654.61 |
| Paid to Claims: | $28,116.31 | Arrearages: | $1,386.49 |
| Paid to Trustee: | $2,728.59 | Total Plan Base: | $37,860.16 |
| Funds on Hand: | $1,046.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.