United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tina M. Lucas  
    Debtor

Case No. 19-10943-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 28, 2024      Form ID: 138OBJ      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tina M. Lucas, 4 Addison Court, Doylestown, PA 18901-2743 |
| 14273941 | | Dennis Eble, D.D.S. P.C., 350 N Main St Ste 200, Chalfont, PA 18914-2707 |
| 14273943 | + | Doylestown Hospital, 595 W State St, Doylestown, PA 18901-2597 |
| 14273944 | | Doylestown Station Condominium Associati, C/o Stefan Richter, Esquire, 2003 S Easton Rd Ste 300, Doylestown, PA 18901-7100 |
| 14741607 | | Doylestown Station Condominium Association, c/o FirstService Residential, PO Box 30398, Tampa, FL 33630-3398 |
| 14292566 | + | Doylestown Station Condominium Association, c/o Brady & Cissne Law, 222B Pennsylvania Ave., Oreland, PA 19075-1265 |
| 14293045 | + | Doylestown Station Condominium Association, c/o Keely Carr Brady, Esq., Brady & Cissne Law, 222B Pennsylvania Avenue, Oreland, PA 19075-1265 |
| 14273946 | | Lenape Valley Foundation, 500 N West St, Doylestown, PA 18901-2366 |
| 14291055 | #+ | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster Pa 18974-3229 |
| 14278684 | + | PNC Bank National Association, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14273950 | | PureCure Medical Inc, 17 E Butler Ave # 19, Ambler, PA 19002-4513 |
| 14275224 | + | Synchrony Bank, c/o Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14274716 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14889258 | + | U.S. Bank Trust National Assoc., c/o Danielle Boyle-Ebersole, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14713729 | + | US Bank Trust National Association, c/o Joshua I Goldman, Esq, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14273942 | | doylestown emergency associates pc, PO Box 826677, Philadelphia, PA 19182-6677 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2024 03:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14273937 | | Email/Text: bncnotifications@pheaa.org | May 29 2024 03:31:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14273938 | ^ | MEBN | May 29 2024 03:24:27 | Arcadia, PO Box 6768, Wyomissing, PA 19610-0768 |
| 14279841 | + | Email/PDF: ebn_ais@aisinfo.com | May 29 2024 03:33:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14295568 | | Email/Text: ECMCBKNotices@ecmc.org | May 29 2024 03:31:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14344982 | | Email/PDF: bncnotices@becket-lee.com | May 29 2024 03:33:35 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14278712 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 29 2024 03:33:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14273947 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 19-10943-amc    Doc 103    Filed 05/30/24    Entered 05/31/24 00:37:36    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 29 2024 03:33:32 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14435041 | | Email/Text: mtgbk@shellpointmtg.com | May 29 2024 03:31:00 | NewRez LLC dba Shellpoint Mortgage Servicing, NewRez LLC DBA, Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14299897 | | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2024 03:31:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14273949 | ^ | MEBN | May 29 2024 03:24:22 | PNC Bank, C/o KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14273948 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 03:31:00 | Pennsylvania Department of Revenue, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14285485 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 03:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14275224 | ^ | MEBN | May 29 2024 03:24:35 | Synchrony Bank, c/o Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14274716 | ^ | MEBN | May 29 2024 03:24:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753358 | + | Email/Text: mtgbk@shellpointmtg.com | May 29 2024 03:31:00 | US Bank Trust National Association, NewRez LLC d/b/a, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14713641 | ^ | MEBN | May 29 2024 03:24:29 | US Bank Trust National Association, Not In Its Ind, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14273939 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2024 03:33:38 | capital one ban, PO Box 71083, Charlotte, NC 28272-1083 |
| 14273940 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2024 03:33:34 | capital one bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14273945 | | Email/Text: bnc-bluestem@quantum3group.com | May 29 2024 03:31:00 | finger hut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14273936 | | 19-10943 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14279259 | *+ | PNC Bank National Association, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Case 19-10943-amc    Doc 103    Filed 05/30/24    Entered 05/31/24 00:37:36    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 28, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

Date: May 30, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|

**CAROL B. MCCULLOUGH**
on behalf of Debtor Tina M. Lucas mcculougheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

**DANIELLE BOYLE-EBERSOLE**
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

**JOSHUA I. GOLDMAN**
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

**KEELY CARR BRADY**
on behalf of Creditor Doylestown Station Condominium Association kbrady@bradycissnelaw.com

**MICHELLE L. MCGOWAN**
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mimcgowan@raslg.com

**PAUL H. YOUNG**
on behalf of Debtor Tina M. Lucas support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

**POLLY A. LANGDON**
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

**SCOTT F. WATERMAN [Chapter 13]**
ECFMail@ReadingCh13.com

**Scott F Waterman**
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tina M. Lucas

       Debtor(s)                                                  Case No: 19−10943−amc

                                                                               Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                          900 Market Street
                            Suite 400
                        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/28/24

                                                                                                        101 − 100
                                                                                                       Form 138OBJ